**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOY JACOBS,                    :    No. 112 EM 2016

          Petitioner        :

             v.                 :

COURT OF COMMON PLEAS     :
PHILADELPHIA COUNTY,        :

          Respondent      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 9th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.